IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00323-JLK

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1. **KOLEN KALANI KAIMANA**,

    Defendant.

# ORDER

Kane, J.

    THIS MATTER comes before the Court on Defendant's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6 (e) (3) (E) (I) (Doc. 9). This Motion is unopposed by the Government.

    HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

    ORDERED that the Defendant's motion is granted, and that grand jury transcripts may be disclosed to the Defendant and his attorney in the course of discovery in this case. It is further

    ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the Defendant, his attorney and staff assisting his attorney; that the Defendant's attorney shall maintain custody of such materials, and shall not disseminate the same; and

that such materials shall be returned to the United States at the end of the case.

DATED this 12th day of September, 2012.

BY THE COURT:

<u>/s/ **John L. Kane**        </u>
JOHN L. KANE, Senior Judge
United States District Court